HEATHER E. WILLIAMS, CA #122664
Federal Defender
MEGAN T. HOPKINS, CA #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JOSE LOUIS RUEDAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | Case No.  6:14-MJ-00140 MJS |
| Plaintiff,         ) | |
| ) | STIPULATION TO CONTINUE INITIAL |
| vs.         ) | APPEARANCE; ORDER THEREON |
| ) | |
| JOSE LOUIS RUEDAS,         ) | Date:   June 23, 2015 |
| ) | Time:  10:00 a.m. |
| Defendant.         ) | Judge: Hon. Michael J. Seng |
| ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Acting Legal Officer MATTHEW MC NEASE, counsel for the plaintiff, and Assistant Federal Defender MEGAN T. HOPKINS, counsel for defendant JOSE LOUIS RUEDAS, that defendant's Initial Appearance set for April 29, 2015, at 10:00 a.m., may be continued to June 23, 2015, at 10:00 a.m.

The requested continuance is necessary to allow defendant additional time to establish a new appointment with DMV to take the exam for the driver license.  Defendant did not pass the exam on his first attempt.  DMV was to contact defendant with a new appointment date but defendant did not hear from them.  Several attempts have been made by defendant to set up an appointment with DMV at the phone number provided by DMV but defendant has not been able to get through.  Defendant is going to his local DMV in person to schedule a new appointment, but may not be able to get one sooner than May 2015, given the demand for DMV appointments.

1   The requested continuance will con serve time and resources for both counsel and the
2   court.

3                                               Respectfully submitted,

4
    Date:  April 20, 2015                       */s/ Matthew McNease*
5                                               MATTHEW MC NEASE
                                                Acting Legal Officer
6                                               Law Enforcement Office

7
                                                HEATHER E. WILLIAMS
8                                               Federal Defender

9
    Date: April 20, 2015                        */s/ Megan T. Hopkins*
10                                              MEGAN T. HOPKINS
                                                Assistant Federal Defender
11                                              Attorney for Defendant
                                                JOSE LOUIS RUEDAS
12

13
                                     **O R D E R**
14
      Good cause appearing, the above Stipulation to Continue Initial Appearance in Case No.
15
    6:14-mj-00140 MJS is hereby accepted and adopted as the Order of this Court.
16

17
    IT IS SO ORDERED.
18

19    Dated:   April 24, 2015                    /s/ *Michael J. Seng*
20                                              UNITED STATES MAGISTRATE JUDGE