Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSE LUIS RUEDAS<br><br>　　　　Defendant. | No.  6:14-MJ-140-MJS<br><br>**MOTION TO VACATE; AND ORDER THEREON** |

　　　The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for December 20, 2016.  To date, Defendant has complied with all the terms of unsupervised probation imposed by this Court on July 19, 2016.

.

　　　Dated:  December 14, 2016　　　　　　NATIONAL PARK SERVICE

　　　　　　　　　　　　　　　　　　　　　　　 /S/ Susan St. Vincent_____
　　　　　　　　　　　　　　　　　　　　　　　Susan St. Vincent
　　　　　　　　　　　　　　　　　　　　　　　Acting Legal Officer

1

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the review hearing scheduled for January 10, 2017 in the above referenced matter, *United States v. Ruedas* 6:14-mj-140-MJS, be vacated.

IT IS SO ORDERED.

Dated:   December 14, 2016          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE